

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 19-po-05026-KLD |
| Plaintiff, | Violation: FBDW00BY |
| v. | ORDER |
| NEEGE NELSON, | |
| Defendant. | |

The government has moved to quash the warrant issued in the matter as it has offered a plea agreement in exchange for a reduced collateral. Accordingly,

IT IS ORDERED that the bench warrant issued for Defendant's failure to appear is QUASHED.

The Clerk of Court is directed to forward a copy of this order to the U.S. Attorney's Office and the Defendant at 9 Lighthouse Loop, Clancy, MT 59634.

DONE and DATED this 6th day of November, 2019.

Kathleen L. DeSoto
United States Magistrate Judge